UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RAYMOND MERCURIO, | ) | CASE NO. 3:05 CV 7080 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| vs. | ) | |
| | ) | |
| CITIBANK, (SOUTH DAKOTA),N.A., | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed.  Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

   s/ James G. Carr
JAMES G. CARR
CHIEF JUDGE
UNITED STATES DISTRICT COURT